**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**EARL JEFFERY BARBER,**

    **Petitioner,**

**v.**     Case No. 5:15cv228-LC/CAS

**WARDEN, FCI Marianna,**

    **Respondent.**

_____/

## REPORT AND RECOMMENDATION TO DISMISS § 2241 PETITION

On August 27, 2015, Petitioner Earl Jeffery Barber, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a supporting memorandum, arguing his sentence under the Armed Career Criminal Act (ACCA) is illegal based on the U.S. Supreme Court's decision in Johnson v. United States, 135 S. Ct. 2551 (2015). ECF Nos. 1 and 2. On November 16, 2015, Respondent filed a motion to dismiss for lack of jurisdiction, arguing the Johnson case "provides no basis to

conclude that § 2255 constitutes an 'inadequate or ineffective' remedy," and, therefore, Barber's "appropriate recourse is to file a request with the Eleventh Circuit to authorize a <u>Johnson</u>-based second or successive § 2255 motion, not to pursue § 2241 relief here."  ECF No. 6 at 8.  Barber filed a reply on December 15, 2015.  ECF No. 7.  Barber subsequently filed an amended §2241 petition, on May 16, 2016, in which he again argues his ACCA sentence is illegal in light of <u>Johnson</u>.   ECF No. 10.

    The matter was referred to the undersigned United States Magistrate Judge for report and recommendation pursuant to 28 U.S.C. § 636 and Northern District of Florida Local Rule 72.2(B).   After careful consideration, the undersigned concludes this § 2241 petition should be dismissed because Barber has a pending § 2255 motion.   Indeed, a review of the docket in Barber's underling criminal case, <u>United States v. Barber</u>, 1:03cr52-MP/GRJ, reflects that the Eleventh Circuit Court of Appeals granted his application for leave to file a second or successive §2255 motion, ECF No. 113, and, on May 27, 2016, the Federal Public Defender filed a Time Sensitive Motion to Correct Sentence Under 28 U.S.C. § 2255 on his behalf, ECF No. 114.

Therefore, the amended § 2241 petition (ECF No. 10) should be **DISMISSED**.  The motion to dismiss (ECF No. 6) should be **DENIED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on June 21, 2016.

<u>S/ Charles A. Stampelos</u>
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**