# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**EARL JEFFERY BARBER,**

    Petitioner,

v.   Case No. 5:15cv228-LC/CAS

**WARDEN, FCI MARIANNA,**

    Respondent.

                               /

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 21, 2016, ECF No. 11. The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). As of this date, no objections have been filed.

Having considered the Report and Recommendation, ECF No. 11, I have determined that the report and recommendation should be adopted. The amended § 2241 petition, ECF No. 10, is **denied**.

Accordingly, it is **ORDERED** as follows:

1.  The Magistrate Judge's Report and Recommendation, ECF No. 11, is adopted and incorporated by reference in this Order.

2.  The amended petition for writ of habeas corpus filed pursuant to Title 28 U.S.C. § 2241, ECF No. 10, is **DENIED**.

3.  The pending motion to dismiss, ECF No. 6, is **DENIED as moot**.

4.  The Clerk of Court shall enter judgment accordingly and close the file.

**DONE AND ORDERED** this 25th day of July, 2016.


     s/ L.A. Collier
     LACEY COLLIER
     United States District Judge